IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| Oscar Flores and Lydia Flores, | Case No. 11-00566 |
| Debtor(s). | Honorable Hon. D Calendar |

### RESPONSE TO TRUSTEE'S NOTICE OF PAYMENT OF FINAL MORTGAGE CURE AMOUNT

NOW COMES EverBank (hereinafter referred to as "Movant") by and through its attorneys, Heavner, Scott, Beyers and Mihlar, LLC, and for its Response to Trustee's Notice of Payment of Final Mortgage Cure Amount, states as follows:

1. On or about February 22, 2011, Movant filed its Proof of Claim as Claim Number 6 for a sum of $1,071.84 in pre-petition arrears.

2. The Debtors' Modified Chapter 13 Plan filed on March 22, 2011, and confirmed on April 1, 2011, set-forth a pre-petition arrearage amount owed to EverHome Mortgage in the amount of $1,072.00.

3. Movant's pre-petition arrears of $1,072.00 were paid by the Chapter 13 Trustee in full.

4. The Debtors' post-petition payments to Movant were to be paid by the Debtors directly "outside" of the plan.

5. The Debtors are currently due for attorney fees and costs in the amount of $605.00 incurred in this bankruptcy case. Attached are copies of the invoices.

-2-

WHEREFORE, EverBank, prays that the Court declare that the post-petition payments are not current at this time.

EverBank,

By: /s/ Heather M. Giannino
     One of its attorneys

HEAVNER, SCOTT, BEYERS & MIHLAR, LLC
Attorneys at Law
Faiq Mihlar (ARDC #6274089)
Heather M. Giannino (ARDC #6299848)
111 East Main Street, Suite #200
Post Office Box 740
Decatur, Illinois 62525-0740
(217) 422-1719